### PETITION UNDER 28 U.S.C. § 2254 FOR WRIT OF
### HABEAS CORPUS BY A PERSON IN STATE CUSTODY

| United States District Court | District _Westren_ |
|---|---|
| Name (under which you were convicted): _Joshua Wolf_ | Docket or Case No.: _00CR165891_ |
| Place of Confinement: _Missouri Department of Corrections, Jefferson City Corr. Center_ | Prisoner No.: _106/000_ |
| Petitioner (include the name under which you were convicted)   Respondent (authorized person having custody of petitioner) || 
| _Joshua Wolf_   v. _Jay Cassidy, Warden_ ||
| The Attorney General of the State of ||

### PETITION

1. (a) Name and location of court that entered the judgment of conviction you are challenging: _____
   _The Circuit Court of Boone County, Missouri, Columbia Missouri_

   (b) Criminal docket or case number (if you know): _00CR165891_

2. (a) Date of the judgment of conviction (if you know): _April 20, 2001_

   (b) Date of sentencing: _July 2, 2001_

3. Length of sentence: _Life without parole, Life, 7 years_

4. In this case, were you convicted on more than one count or of more than one crime? Yes ☒  No ☐

5. Identify all crimes of which you were convicted and sentenced in this case: _____
   _Murder, 1st Degree_
   _Armed Criminal Action_
   _Arson, 2nd Degree_

6. (a) What was your plea? (Check one)

   (1)  Not guilty ☐        (3)  Nolo contendere (no contest) ☐

   (2)  Guilty ☐            (4)  Insanity plea ☒

   (b) If you entered a guilty plea to one count or charge and a not guilty plea to another count or charge, what did you plead guilty to and what did you plead not guilty to? _N/A_

(c) If you went to trial, what kind of trial did you have? (Check one)

Jury ☒       Judge only ☐

7. Did you testify at a pretrial hearing, trial, or a post-trial hearing?

Yes ☒   No ☐

8. Did you appeal from the judgment of conviction?

Yes ☒   No ☐

9. If you did appeal, answer the following:

(a) Name of court: The western District Court of Appeals

(b) Docket or case number (if you know): WD60277

(c) Result: Affirmed Convictions

(d) Date of result (if you know): 10-29-02

(e) Citation to the case (if you know): State V Wolf 91 S.W 3d 636

(f) Grounds raised: • The trial Court erred in denying my Motion to Suppress my Statements
• The trial Court erred in overruling my Motion for Continuance.

(g) Did you seek further review by a higher state court?   Yes ☐   No ☒

If yes, answer the following:

(1) Name of court: _____

(2) Docket or case number (if you know): _____

(3) Result: _____

(4) Date of result (if you know): _____

(5) Citation to the case (if you know): _____

(6) Grounds raised: _____

(h) Did you file a petition for certiorari in the United States Supreme Court?   Yes ☐   No ☒

If yes, answer the following:

(1) Docket or case number (if you know): _____

(2) Result: _____

_____

(3) Date of result (if you know): _____

(4) Citation to the case (if you know): _____

10. Other than the direct appeals listed above, have you previously filed any other petitions, applications, or motions concerning this judgment of conviction in any state court?

Yes ☒ No ☐

11. If your answer to Question 10 was "Yes," give the following information:

(a) (1) Name of court: The Circuit Court of Boone County

(2) Docket or case number (if you know): 03CV164994

(3) Date of filing (if you know): 3-10-03

(4) Nature of the proceeding: Rule 2915

(5) Grounds raised: • My attorney failed to timely request and obtain an independent mental evaluation.

• My attorney failed in the motion for new trial to allege as error the trial court's denial of the motion for continuance to obtain a mental evaluation.

• My attorney failed to present the testimony of psychiatrist William S Logan at the pretrial hearing on the motion to suppress my confession.

(6) Did you receive a hearing where evidence was given on your petition, application, or motion? Yes ☒ No ☐

(7) Result: Hearing court denied post-conviction relief

(8) Date of result (if you know): 11-22-03

(b) If you filed any second petition, application, or motion, give the same information:

(1) Name of court: The Western District Court of Appeals

(2) Docket or case number (if you know): WD63637

(3) Date of filing (if you know): 12-24-03

(4) Nature of the proceeding: Appeal, 2915

(5) Grounds raised: • My attorney failed to timely investigate, consult, and present the expert testimony of Dr. William Logan.

_____

_____

(6) Did you receive a hearing where evidence was given on your petition, application, or motion?     Yes ☐ No ☒

(7) Result: Judgment of the motion Court affirmed

(8) Date of result (if you know): 12-3-04

(c) If you filed any third petition, application, or motion, give the same information:

(1) Name of court: The Missouri Supreme Court

(2) Docket or case number (if you know): SC93186

(3) Date of filing (if you know): 3-7-13

(4) Nature of the proceeding: Petition for writ of Habeas Corpus

(5) Grounds raised:

• Unconstitional sentence because I was Sentenced to Mandatory life without parole for a homicide I committed when I was 16 years old.

(6) Did you receive a hearing where evidence was given on your petition, application, or motion?     Yes ☐ No ☒  Relief granted in part and denied in part.

(7) Result: I was ordered to be elisible for parole when I have Served 25 years.

(8) Date of result (if you know): 3-15-16

(d) Did you appeal to the highest state court having jurisdiction over the action taken on your petition, application, or motion?

(1) First petition:     Yes ☐  No ☒

(2) Second petition:     Yes ☐  No ☒

(3) Third petition:     Yes ☐  No ☒

(e) If you did not appeal to the highest state court having jurisdiction, explain why you did not:

On the third petition, the petition was filed in the highest court having jurisdiction. A motion for rehearing was filed on 3-28-16 and denied on 7-19-16 in light of Missouri Senate Bill 590.

12. For this petition, state every ground on which you claim that you are being held in violation of the Constitution, laws, or treaties of the United States. Attach additional pages if you have more than four grounds. State the facts supporting each ground.

CAUTION: To proceed in the federal court, you must ordinarily first exhaust (use up) your available state-court remedies on each ground on which you request action by the federal court. Also, if you fail to set forth all the grounds in this petition, you may be barred from presenting additional grounds at a later date.

GROUND ONE: Unconstitutional Sentence in light of Miller v. Alabama.

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):
• I am serving mandatory life without parole for a homicide I committed two months after my 16th birthday.
• No Sentencer has considered the mandatory, multifacted constitutional requirements of Miller before giving me life without parole.
• Missouri Senate Bill does not remedy my unconstitutional sentence.

(b) If you did not exhaust your state remedies on Ground One, explain why: _____
_____
_____
_____

(c) Direct Appeal of Ground One:
    (1) If you appealed from the judgment of conviction, did you raise this issue?
        Yes ☐    No ☒
    (2) If you did not raise this issue in your direct appeal, explain why: Direct appeal was final when Miller v. Alabama was decided.

(d) Post-Conviction Proceedings:
    (1) Did you raise this issue through a post-conviction motion or petition for habeas corpus in a state trial court?        Yes ☒    No ☐
    (2) If your answer to Question (d)(1) is "Yes," state:
    Type of motion or petition: Motion for Rehearing and Petition for Writ of Habeas Corpus.
    Name and location of the court where the motion or petition was filed: _____
    The Supreme Court of Missouri

Docket or case number (if you know): SC93186

Date of the court's decision: 7-19-16

Result (attach a copy of the court's opinion or order, if available): Original order
granting parole eligibility rendered moot in light of
Senate bill 590.

(3) Did you receive a hearing on your motion or petition?

Yes ☐  No ☒

(4) Did you appeal from the denial of your motion or petition?

Yes ☐  No ☒

(5) If your answer to Question (d)(4) is "Yes," did you raise this issue in the appeal?

Yes ☐  No ☐

(6) If your answer to Question (d)(4) is "Yes," state:

Name and location of the court where the appeal was filed: _____

_____

Docket or case number (if you know): _____

Date of the court's decision: _____

Result (attach a copy of the court's opinion or order, if available): _____

_____

(7) If your answer to Question (d)(4) or Question (d)(5) is "No," explain why you did not raise this
issue: The denial of the Motion for Rehearing
was the end of the appeal process. There
was no further appeal available.

(e) **Other Remedies:** Describe any other procedures (such as habeas corpus, administrative
remedies, etc.) that you have used to exhaust your state remedies on Ground One: _____

_____

_____

**GROUND TWO:** _____

_____

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):

_____

_____

_____

_____

_____

(b) If you did not exhaust your state remedies on Ground Two, explain why: _____

_____

_____

(c) **Direct Appeal of Ground Two:**

    (1) If you appealed from the judgment of conviction, did you raise this issue?

        Yes ❑   No ❑

    (2) If you did <u>not</u> raise this issue in your direct appeal, explain why: _____

_____

(d) **Post-Conviction Proceedings:**

    (1) Did you raise this issue through a post-conviction motion or petition for habeas corpus in a

    state trial court?

        Yes ❑   No ❑

    (2) If your answer to Question (d)(1) is "Yes," state:

    Type of motion or petition: _____

    Name and location of the court where the motion or petition was filed: _____

_____

    Docket or case number (if you know): _____

    Date of the court's decision: _____

    Result (attach a copy of the court's opinion or order, if available): _____

_____

    (3) Did you receive a hearing on your motion or petition?

        Yes ❑   No ❑

    (4) Did you appeal from the denial of your motion or petition?

        Yes ❑   No ❑

    (5) If your answer to Question (d)(4) is "Yes," did you raise this issue in the appeal?

        Yes ❑   No ❑

    (6) If your answer to Question (d)(4) is "Yes," state:

    Name and location of the court where the appeal was filed: _____

_____

Docket or case number (if you know): _____

Date of the court's decision: _____

Result (attach a copy of the court's opinion or order, if available): _____

_____

_____

(7) If your answer to Question (d)(4) or Question (d)(5) is "No," explain why you did not raise this

issue: _____

_____

_____

_____

(e) **Other Remedies:** Describe any other procedures (such as habeas corpus, administrative

remedies, etc.) that you have used to exhaust your state remedies on Ground Two: _____

_____

_____

_____

**GROUND THREE:** _____

_____

(a) Supporting facts (Do not argue or cite law.  Just state the specific facts that support your claim.):

_____

_____

_____

_____

_____

(b) If you did not exhaust your state remedies on Ground Three, explain why: _____

_____

_____

_____

(c) **Direct Appeal of Ground Three:**

(1) If you appealed from the judgment of conviction, did you raise this issue?

Yes ❑  No ❑

(2) If you did **not** raise this issue in your direct appeal, explain why: _____

_____

_____

(d) **Post-Conviction Proceedings:**

(1) Did you raise this issue through a post-conviction motion or petition for habeas corpus in a state trial court?      Yes ❑    No ❑

(2) If your answer to Question (d)(1) is "Yes," state:

Type of motion or petition: _____

Name and location of the court where the motion or petition was filed: _____

_____

Docket or case number (if you know): _____

Date of the court's decision: _____

Result (attach a copy of the court's opinion or order, if available): _____

_____

_____

(3) Did you receive a hearing on your motion or petition?

     Yes ❑    No ❑

(4) Did you appeal from the denial of your motion or petition?

     Yes ❑    No ❑

(5) If your answer to Question (d)(4) is "Yes," did you raise this issue in the appeal?

     Yes ❑    No ❑

(6) If your answer to Question (d)(4) is "Yes," state:

Name and location of the court where the appeal was filed: _____

_____

Docket or case number (if you know): _____

Date of the court's decision: _____

Result (attach a copy of the court's opinion or order, if available): _____

_____

_____

(7) If your answer to Question (d)(4) or Question (d)(5) is "No," explain why you did not raise this issue: _____

_____

_____

_____

(e) **Other Remedies:** Describe any other procedures (such as habeas corpus, administrative remedies, etc.) that you have used to exhaust your state remedies on Ground Three: _____

_____

_____

**GROUND FOUR:** _____

(a) Supporting facts (Do not argue or cite law.  Just state the specific facts that support your claim.):

_____
_____
_____
_____
_____
_____
_____

(b) If you did not exhaust your state remedies on Ground Four, explain why: _____

_____
_____
_____
_____

(c) **Direct Appeal of Ground Four:**

    (1) If you appealed from the judgment of conviction, did you raise this issue?

        Yes ❏   No ❏

    (2) If you did **not** raise this issue in your direct appeal, explain why: _____

_____

(d) **Post-Conviction Proceedings:**

    (1) Did you raise this issue through a post-conviction motion or petition for habeas corpus in a
state trial court?       Yes ❏  No ❏

    (2) If your answer to Question (d)(1) is "Yes," state:

    Type of motion or petition: _____

    Name and location of the court where the motion or petition was filed: _____

_____

    Docket or case number (if you know): _____

    Date of the court's decision: _____

    Result (attach a copy of the court's opinion or order, if available): _____

_____
_____

    (3) Did you receive a hearing on your motion or petition?

        Yes ❏   No ❏

    (4) Did you appeal from the denial of your motion or petition?

        Yes ❏   No ❏

(5) If your answer to Question (d)(4) is "Yes," did you raise this issue in the appeal?

    Yes ❑  No ❑

(6) If your answer to Question (d)(4) is "Yes," state:

Name and location of the court where the appeal was filed: _____

_____

Docket or case number (if you know): _____

Date of the court's decision: _____

Result (attach a copy of the court's opinion or order, if available): _____

_____

_____

_____

(7) If your answer to Question (d)(4) or Question (d)(5) is "No," explain why you did not raise this issue: _____

_____

_____

_____

(e) **Other Remedies:** Describe any other procedures (such as habeas corpus, administrative remedies, etc.) that you have used to exhaust your state remedies on Ground Four: _____

_____

_____

_____

_____

13. Please answer these additional questions about the petition you are filing:

  (a) Have all grounds for relief that you have raised in this petition been presented to the highest state court having jurisdiction?    Yes ☒  No ❑

     If your answer is "No," state which grounds have not been so presented and give your reason(s) for not presenting them: _____

_____

_____

_____

  (b) Is there any ground in this petition that has not been presented in some state or federal court? If so, which ground or grounds have not been presented, and state your reasons for not presenting them: _____

_____

14. Have you previously filed any type of petition, application, or motion in a federal court regarding the conviction that you challenge in this petition?  ~~Yes~~  No ☒  *No.*

If "Yes," state the name and location of the court, the docket or case number, the type of proceeding, the issues raised, the date of the court's decision, and the result for each petition, application, or motion filed. Attach a copy of any court opinion or order, if available. _____

_____

_____

_____

_____

_____

15. Do you have any petition or appeal <u>now pending</u> (filed and not decided yet) in any court, either state or federal, for the judgment you are challenging?    Yes ❑    No ❑

If "Yes," state the name and location of the court, the docket or case number, the type of proceeding, and the issues raised. _____

_____

_____

_____

16. Give the name and address, if you know, of each attorney who represented you in the following stages of the judgment you are challenging:

(a) At preliminary hearing: Stephen C. Wilson, 2907 Independence, Ste C, PO Box 512, Cape Girardeau MO 63702

(b) At arraignment and plea: Stephen C. Wilson, "

(c) At trial: Stephen C. Wilson, "

(d) At sentencing: Stephen C. Wilson, "

(e) On appeal: Stephen C. Wilson, "

(f) In any post-conviction proceeding: Cinda J. Eichler, Missouri Public Defender's Office, Columbia MO

(g) On appeal from any ruling against you in a post-conviction proceeding: Nancy McKerrow, Rosalynn Koch, Missouri Public Defenders Office, Columbia MO

17. Do you have any future sentence to serve after you complete the sentence for the judgment that you are challenging?    Yes ❑    No ☒

(a) If so, give name and location of court that imposed the other sentence you will serve in the future: _____

_____

(b) Give the date the other sentence was imposed: _____

(c) Give the length of the other sentence: _____

(d) Have you filed, or do you plan to file, any petition that challenges the judgment or sentence to be served in the future?     Yes ❑   No ❑

18. TIMELINESS OF PETITION: If your judgment of conviction became final over one year ago, you must explain why the one-year statute of limitations as contained in 28 U.S.C. § 2244(d) does not bar your petition.* _____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

* The Antiterrorism and Effective Death Penalty Act of 1996 ("AEDPA") as contained in 28 U.S.C. § 2244(d) provides in part that:

(1) A one-year period of limitation shall apply to an application for a writ of habeas corpus by a person in custody pursuant to the judgment of a State court. The limitation period shall run from the latest of —

(continued...)

Therefore, petitioner asks that the Court grant the following relief: <u>Vacate the</u> <u>Petitioner's Sentences and remand for resentencing</u> <u>under State v. Hart, 404 S.W.3d 232 (Mo. banc 2013)</u> or any other relief to which petitioner may be entitled.

_____
Signature of Attorney (if any)

I declare (or certify, verify, or state) under penalty of perjury that the foregoing is true and correct and that this Petition for Writ of Habeas Corpus was placed in the prison mailing system on _____ (month, date, year).

Executed (signed) on _____ (date).

Subscribed and sworn to before me this 9 day of Aug in the year 2016.

_Chris Marks_

CHRIS MARKS
My Commission Expires
December 28, 2018
Cole County
Commission #14632295

NOTARY PUBLIC
NOTARY
SEAL
STATE OF MISSOURI

_____
Signature of Petitioner

_____

*(...continued)
(A) the date on which the judgment became final by the conclusion of direct review or the expiration of the time for seeking such review;
(B) the date on which the impediment to filing an application created by State action in violation of the Constitution or laws of the United States is removed, if the applicant was prevented from filing by such state action;
(C) the date on which the constitutional right asserted was initially recognized by the Supreme Court, if the right has been newly recognized by the Supreme Court and made retroactively applicable to cases on collateral review; or
(D) the date on which the factual predicate of the claim or claims presented could have been discovered through the exercise of due diligence.
(2) The time during which a properly filed application for State post-conviction or other collateral review with respect to the pertinent judgment or claim is pending shall not be counted toward any period of limitation under this subsection.

If the person signing is not petitioner, state relationship to petitioner and explain why petitioner is not signing this petition. _____
_____ _N/A_ _____

_____

### IN FORMA PAUPERIS DECLARATION
_____ OR See Below _____

[Insert appropriate court]

* * * * *

See enclosed motion to proceed in Forma Pauperis.